UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LELAND DULANI HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, CITY OF SEATTLE, PHILIP SANCHEZ, <br><br> Defendant. | CASE NO. 2:22-cv-00071-RSM-BAT <br><br> **ORDER OF DISMISSAL** |

The Court has reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, now finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice and the motion to proceed in forma pauperis, Dkt. 4, is stricken as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff.

//

//

//

ORDER OF DISMISSAL - 1

DATED this 10th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2